UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

OLAES ENTERPRISES, INC. d/b/a ODM )
)
Plaintiff, )
)
-against- ) 1:09-cv-08680-CM (PED)
)
A.D. SUTTON & SONS, INC., et al., )
)
Defendants. )

## ORDER OF DISMISSAL WITHOUT PREJUDICE

The Court, having considered the Unopposed Motion to Dismiss Counterclaims filed by Defendant/Counter Claimant Kolder, Inc. ("Kolder") in this cause, finds that the Motion is well taken and should be granted.

IT IS THEREFORE ORDERED that all claims and causes of action asserted or assertable by Kolder against Plaintiff/Counter-Defendant Orange County Choppers, Inc. and Counter-Defendants Orange County Choppers Merchandising LLC, and Orange County Choppers Licensing LLC, in this cause be, and hereby are, DISMISSED WITHOUT PREJUDICE to their refiling pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure.

IT IS SO ORDERED.

DATED: 1/5/10

Hon. Colleen McMahon
UNITED STATES DISTRICT JUDGE

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/6/10

- 1 -

AGREED AS TO FORM AND SUBSTANCE:


/s/Justin A. Heller
Justin A. Heller
Counsel for Plaintiff/Counter-Defendant Orange County Choppers, Inc.
and Counter-Defendants Orange County Choppers Merchandising LLC,
and Orange County Choppers Licensing LLC

Date: December 29, 2009



/s/Dan Shaked
Dan Shaked
Counsel for Defendant/Counter Claimant Kolder, Inc.

Date: December 29, 2009