# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**FORM VA**
For a Work of the Visual Arts

VA 1-227-745

EFFECTIVE DATE OF REGISTRATION
Sep 16 2003

---

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET

**1**

**TITLE OF THIS WORK ▼**
OCC LIBERTY

**NATURE OF THIS WORK ▼** See instructions
Silkscreen Print

**PREVIOUS OR ALTERNATIVE TITLES ▼**

**Publication as a Contribution** If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared.   **Title of Collective Work ▼**

If published in a periodical or serial give  Volume ▼   Number ▼   Issue Date ▼   On Pages ▼

---

**2**

**NAME OF AUTHOR ▼**
a  Olaes Enterprises Inc d/b/a ODM

**DATES OF BIRTH AND DEATH**
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

Author's Nationality or Domicile
Name of Country
OR { Citizen of ▶
       Domiciled in ▶ USA

Was This Author's Contribution to the Work
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NOTE**
Under the law, the author of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was made for hire check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**NATURE OF AUTHORSHIP** Check appropriate box(es). **See instructions**
☐ 3 Dimensional sculpture   ☐ Map   ☐ Technical drawing
☑ 2-Dimensional artwork   ☐ Photograph   ☐ Text
☐ Reproduction of work of art   ☐ Jewelry design   ☐ Architectural work

**NAME OF AUTHOR ▼**
b

**DATES OF BIRTH AND DEATH**
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

Author's Nationality or Domicile
Name of Country
OR { Citizen of ▶
       Domiciled in ▶

Was This Author's Contribution to the Work
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No

**NATURE OF AUTHORSHIP** Check appropriate box(es). **See instructions**
☐ 3 Dimensional sculpture   ☐ Map   ☐ Technical drawing
☐ 2 Dimensional artwork   ☐ Photograph   ☐ Text
☐ Reproduction of work of art   ☐ Jewelry design   ☐ Architectural work

---

**3**

a  Year in Which Creation of This Work Was Completed   2003 ◀ Year   This information must be given in all cases.

b  Date and Nation of First Publication of This Particular Work   Complete this information ONLY if this work has been published.   Month ▶ August   Day ▶ 06   Year ▶ 2003
USA ◀ Nation

---

**4**

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2 ▼
Olaes Enterprises, Inc
13860 Stowe Drive
Poway California 92064

APPLICATION RECEIVED
SEP 16 2003
ONE DEPOSIT RECEIVED
SEP 16 2003
TWO DEPOSITS RECEIVED

FUNDS RECEIVED

**Transfer** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

---

**MORE ON BACK ▶**   Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
                      See detailed instructions.   Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of ___ pages

ODM-OCC04636
EXHIBIT 18

|  |  |
|---|---|
| EXAMINED BY [signature] SDW | FORM VA |
| CHECKED BY | |
| ☐ CORRESPONDENCE<br>   Yes | FOR COPYRIGHT OFFICE USE ONLY |

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☐ Yes ☒ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼
a. ☐ This is the first published edition of a work previously registered in unpublished form.
b. ☐ This is the first application submitted by this author as copyright claimant.
c. ☐ This is a changed version of the work, as shown by space 6 on this application.
If your answer is "Yes," give: **Previous Registration Number** ▼       **Year of Registration** ▼

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.
a **Preexisting Material** Identify any preexisting work or works that this work is based on or incorporates. ▼

b. **Material Added to This Work** Give a brief general statement of the material that has been added to this work and in which copyright is claimed. ▼

*See instructions before completing this space*

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
**Name** ▼                                           **Account Number** ▼
Kopelowitz & Associates                              DA091634

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/ZIP ▼

Jay S Kopelowitz
101 West Broadway Suite 1950
San Diego, California 92101 8220

Area code and daytime telephone number ▶ ( 619 ) 232 7800        Fax number ▶ ( 619 ) 231 2846
Email ▶ jsk@jaylaw.com

**CERTIFICATION*** I, the undersigned, hereby certify that I am the
check only one ▶
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☒ authorized agent of  Olaes Enterprises, Inc d/b/a ODM
                       Name of author or other copyright claimant, or owner of exclusive right(s) ▲
of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.
Jay S Kopelowitz                                                Date ▶ September 08, 2003

Handwritten signature (X) ▼
X [signature]

| Certificate will be mailed in window envelope to this address | **Name** ▼<br>Jay S Kopelowitz |
|---|---|
| | **Number/Street/Apt** ▼<br>101 West Broadway, Suite 1950 |
| | **City/State/ZIP** ▼<br>San Diego California 92101 8220 |

9

Complete all necessary spaces
Sign your application in space 8

1. Application form
2. Nonrefundable filing fee in check or money order payable to *Register of Copyrights*
3. Deposit material

As of July 1 1999, the filing fee for Form VA is $30.

Library of Congress
Copyright Office
101 Independence Avenue S.E.
Washington D.C. 20559-6000

17 U.S.C. § 506(e) Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.
June 1999—100,000
WEB REV June 1999         ⊕ PRINTED ON RECYCLED PAPER         ☆U.S. GOVERNMENT PRINTING OFFICE 1999-454-879/71

ODM-OCC04637
EXHIBIT 18



© 2003 OLAES ENTERPRISES, INC. All Rights Reserved. Any unauthorized duplication is strictly prohibited.

NOTE: Changes in the actual design or color of garment must be cleared through ODM art dept. for workability. New Style/UPC numbers may also be required before the order can be placed. Please use correct name & style number. Thank you.

| MENS DESIGN | | STYLE NUMBER | UPC-NUMBER | SIZE | SPECIAL INKS |
|---|---|---|---|---|---|
| LINE: | OCC | 9710312 | | S | |
| DESIGN NAME: | OCC LIBERTY | | | M | |
| SHIRTCOLOR | WHITE | PRESENTATION DATE: | | L | |
| | | | | XL | |

VA 1-327-745



VA 1-227-745

EXHIBIT 18