UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
───────────────────────────────── x

OLAES ENTERPRISES, INC., d/b/a ODM,

      Plaintiff,

  -against-

A.D. SUTTON & SONS, INC., BIO WORLD MERCHANDISING, INC., d/b/a BIO DOMES HEADGEAR, BOSTON AMERICA CORP., BRIEFLY STATED, INC., W.R. CASE & SONS CUTLERY, CLEAN FUN PROMOTIONAL MARKETING, INC., C-LIFE GROUP, LTD., COFFEE LEGENDS, INC., DESPERATE ENTERPRISES, INC., EVANDALE GIFTS LLC, HORIZON NY INC., HOUSTON HARVEST INC., INNOVATIVE DESIGNS LLC, KOLDER, INC., STRETCH-O-RAMA, INC., d/b/a LONGSTREET, UNISYSTEMS, INC., d/b/a MODERN PUBLISHING, PLASTICOLOR MOLDED PRODUCTS, INC., ROBISON'S, INC., d/b/a POWER TRIP, SPECTORE CORP., TECHNICRAFT INDUSTRIES, INC., THE HUT LLC, VENDING SUPPLY, INC., WHITESIDE MANUFACTURING COMPANY, and YOU AND ME LEGWEAR LLC,
      Defendants-Counterclaim Plaintiffs,

  -against-

ORANGE COUNTY CHOPPERS, INC., ORANGE COUNTY CHOPPERS MERCHANDISING LLC, and ORANGE COUNTY CHOPPERS LICENSING LLC,
      Counterclaim Defendants.
───────────────────────────────── x

1:09-cv-08680-CM

Hon. Colleen McMahon

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/29/10

**ORDER DISMISSING
YOU AND ME LEGWEAR, LLC
WITH PREJUDICE PURSUANT TO FED. R. CIV. P. 41(a)(2)**

Upon the Motion by Olaes Enterprises, Inc., d/b/a ODM, pursuant to Fed. R. Civ. Proc. 41(a)(2), Defendant YOU AND ME LEGWEAR, LLC is hereby dismissed with prejudice.

The cross-claim for indemnification by YOU AND ME LEGWEAR, LLC as to or against Orange County Choppers, Inc., Orange County Choppers Merchandising LLC, and Orange Choppers Licensing LLC is not dismissed.

Dated: 6/29/10 , 2010

SO ORDERED

_____
United States District Judge